No. 80–5544. GUERRIERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5553. KAISER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–5568. LEDESMA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–5579. JACKSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–1834. COCA-COLA BOTTLING COMPANY OF MEMPHIS v. NATIONAL LABOR RELATIONS BOARD ET AL.; and COCA-COLA BOTTLING COMPANY OF MEMPHIS v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL UNION No. 1196. C. A. 6th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.